```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 09-22919-CIV-SEITZ
                                    MAGISTRATE JUDGE P.A. WHITE

WAADEW AYSISAYH,                :

        Plaintiff,              :         REPORT OF
                                          MAGISTRATE JUDGE
v.                              :

OFFICER CAESAR, ET AL.,         :

        Defendants.             :
_____
```

On September 29, 2009, Waadew Aysisayh, currently housed at the Dade Correctional Institution, filed a pro se civil rights complaint pursuant to 42 U.S.C. §1983. [DE# 1]. The plaintiff is proceeding in forma pauperis.

The plaintiff named several defendants at different correctional institutions[1], including unidentified "Doe" defendants. His lengthy complaint is disjointed and very difficult to understand. It is impossible to ascertain exactly what the claims are and how each individual defendant allegedly violated the plaintiff's constitutional rights. In order to proceed, the plaintiff needed to make specific allegations of how his federal constitutional rights may have been violated.

Accordingly, the instant complaint would have been subject to dismissal as described above. However, in an effort to construe

---

[1] Most of the defendants in this case are employed at the Washington Correctional Institution, outside of the Southern District of Florida. The plaintiff has filed prior complaints against officers at Washington Correctional Institution and the cases have been transferred.

the instant pro se pleadings liberally, it was determined that the plaintiff should have the opportunity to amend his complaint by correcting the deficiencies noted above.

The plaintiff filed an amended complaint (DE#7) which suffers from the same deficiencies as the initial complaint and fails to state specific claims against the specific defendants, making it impossible for the Court to effect service.

It is therefore recommended that this case be dismissed without prejudice.

Dated this 6th day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Waadew Aysisayh, Pro Se
      DC No. 004631
      Dade Correctional Institution
      19000 S.W. 377th Street
      Florida City, FL 33034-6499