UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-22919-CIV-SEITZ/WHITE

WAADEW AYSISAYH,

    Plaintiff,

v.

OFFICER CEASAR, et al.,

    Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation [DE-8] of the Honorable Patrick A. White, United States Magistrate Judge. Magistrate Judge White recommends denying Plaintiff's complaint pursuant to 42 U.S.C. §1983 because it is impossible to tell from either Plaintiff's original Complaint [DE-1] or his Amended Complaint [DE-7] exactly what his claims are and how each individual defendant violated his constitutional rights. Plaintiff filed a timely objection [DE-9] that does not respond to the grounds for dismissal discussed in Judge White's Report and Recommendation and is similarly difficult to understand. After carefully reviewing, *de novo*, the record and pertinent legal authorities, the Report and Recommendation shall be affirmed and adopted. Accordingly, it is hereby

ORDERED that:

(1) The Report and Recommendation of Magistrate Judge White [DE-8] is AFFIRMED and ADOPTED.

(2) Plaintiff's Amended Complaint [DE-7] is DISMISSED.

(3) All other pending motions are DENIED AS MOOT and this case is CLOSED.

DONE and ORDERED in Miami, Florida, this 31st day of March, 2010.

                                PATRICIA A. SEITZ
                                UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record/*Pro Se* Parties